IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
PULSAR DE PUERTO RICO, INC., d/b/a   *
DIAMOND PALACE HOTEL AND CASINO      *
                                     *
      Plaintiff,                     *
                                     *
vs.                                  *    CIVIL NO. 06-1413 (JP)
                                     *
UNION DE TRABAJADORES DE LA          *
INDUSTRIA GASTRONOMICA DE PUERTO     *
RICO, LOCAL 106 DE LOS EMPLEADOS     *
DEL HOTEL Y DEL RESTAURANTE,         *
                                     *
      Defendant                      *
                                     *
```

**PRELIMINARY INJUNCTION**

The parties met with the Court on May 10, 2006, for an Initial Scheduling Conference, represented by Rosa Seguí, Esq., for Plaintiff, and Manuel Rodríguez Banchs, for Defendants.

The parties consented to the extension of the Temporary Restraining Order (docket No. 2) in the form of a Preliminary Injunction, to remain in force until May 31, 2006. Pursuant thereto, the Court hereby **ENTERS** a preliminary injunction in this matter, to conform to the terms specified in the Temporary Restraining Order of April 27, 2006 (**docket No. 2**), and which **SHALL** remain in force until **May 31, 2006.** Furthermore, the terms of the injunction are hereby clarified to specify that the Defendants **SHALL NOT** in any way disrupt the Diamond Palace Hotel's operations nor intervene adversely with its guests, and it is understood that making loud noises, playing loud music, or making vociferous exclamations is to be covered by the terms of this agreement.

CIVIL NO. 06-1282 (JP)            -2-

Any violations of the terms of this preliminary injunction **SHALL** result in the appropriate sanctions.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of May, 2006.

S/ Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| S/ Rosa M. Segui | S/ Manuel A. Rodriguez Banchs |
|---|---|
| ROSA SEGUI, ESQ.<br>Attorney for Plaintiff | MANUEL RODRIGUEZ BANCHS<br>Attorney for Defendants |